**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **TRUC TRAN** | **Case No.: 4:20-CR-00006-CDL-MSH-1** |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION
FOR CONTINUANCE IN THE INTEREST OF JUSTICE**

Defendant **TRUC TRAN**, has moved the Court to continue the change of plea hearing in his case, presently scheduled for July 21, 2020. The Government does not oppose this motion. Defendant was arraigned on February 21, 2020 and is currently detained. Additional time is needed.

The Court finds that it is in the interests of justice to allow the continuance for additional time to allow counsel preparation for the hearing. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.

Accordingly, Defendant's Unopposed Motion for Continuance in the Interest of Justice [Doc. 29] is **GRANTED**, and it is hereby ordered that this case shall be continued until August 18, 2020. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this __17th___ day of _July_ 2020.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE